UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF CALIFORNIA,

Plaintiff - Appellant,

v.

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy and UNITED STATES DEPARTMENT OF ENERGY,

Defendants - Appellees,

SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY,

Intervenor-Defendants - Appellees.

No. 26-5409

D.C. No.
2:26-cv-03396-SVW-SSC
Central District of California,
Los Angeles

ORDER

The unopposed motion (Docket Entry No. 12) for an extension of time to file the opening brief is granted.

The opening brief is due October 2, 2026. The answering brief is due October 30, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT