**No. 26-5409**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**STATE OF CALIFORNIA,**

*Plaintiff-Appellant,*

v.

**CHRIS WRIGHT, in his official capacity as U.S. Secretary of Energy, et al.,**

*Defendants-Appellees,*

and

**SABLE OFFSHORE CORP., et al.,**

*Intervenor-Defendants-Appellees.*

On Appeal from the United States District Court
for the Central District of California
No. 2:26-cv-3396 (Hon. Stephen V. Wilson)

# INTERVENOR-DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

Nicholas McDaniel
Lucille E. Wiesner
BABST CALLAND CLEMENTS
AND ZOMNIR, P.C.
505 9th Street, NW, Suite 602
Washington, DC 20004
(202) 853-3455

James W. Noe
Rafe Petersen
Ashley Akers
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
(202) 469-5525

Roman Martinez
Christina R. Gay
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
roman.martinez@lw.com

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5525

*Counsel for Sable Offshore Corp. and Pacific Pipeline Company*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Intervenor-Defendants-Appellees Sable Offshore Corp. and Pacific Pipeline Company (collectively, "Sable") respectfully request a 21-day extension of time to file their answering brief, from October 30, 2026 to November 20, 2026. Sable has not previously sought an extension in this case. Plaintiff-Appellant California previously requested, and this Court previously granted, a 14-day extension to file its opening brief. *See* ECFs 12, 13.

In this case, California seeks judicial review of a March 13, 2026 order issued by Defendant-Appellee U.S. Secretary of Energy Chris Wright under the Defense Production Act, 50 U.S.C. § 4501 et seq. (the "DPA Order"). The DPA Order directs Sable to transport oil through the Santa Ynez Pipeline System (the "SYPS") in support of national defense objectives. California asserts that the DPA Order violates the Administrative Procedure Act, 5 U.S.C. § 551 et seq., and various provisions of the U.S. Constitution.

California sought, and the district court denied, a preliminary injunction on those theories. *See California v. Wright*, No. 26-cv-3396, ECF 82 at 29 (C.D. Cal. Aug. 19, 2026). California then filed a notice of appeal on August 20, which was docketed in this Court on August 21. *See* ECF 1. This Court set this case on an expedited preliminary injunction schedule, with the opening brief due on

September 18 and the answering brief due on October 16. *See* ECF 2. California then moved for an unopposed 14-day extension of time to file its opening brief, which this Court granted. *See* ECFs 12, 13. California's opening brief was due October 2, and Sable's answering brief is due October 30.

This motion, if granted, would extend Sable's deadline to file its answering brief by 21 days to November 20. On October 14 and 15, counsel for Sable communicated with counsel for California and Defendants-Appellees. California indicated that it consents to the motion, and the United States supports the motion with the understanding that it would also receive the extended deadline. *See* Decl. of Roman Martinez ¶ 3.

Counsel's diligence and substantial need provide good cause to grant this motion. *See* Fed. R. App. P. 26(b); 9th Cir. R. 31-2.2(b). Appellate counsel for Sable has been working diligently to research and prepare arguments for this appeal, but this case involves complex statutory, administrative, and constitutional issues, and it will require coordination with multiple other ongoing related cases. In addition, as California explained in its motion for extension of time, parallel proceedings in the district court counsel in favor of an extension: a motion to dismiss is pending, and, depending on the resolution of that motion, this appeal may be narrowed or become moot. *See* ECF 12.1 at 2-3.

In addition, principal counsel for Sable have multiple other pressing matters and court dates, including numerous briefs, hearings, and oral arguments over the coming month. *See* Martinez Decl. ¶ 5.

For the foregoing reasons, Sable respectfully requests a 21-day extension of time to file an answering brief, up to and including November 20, 2026.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Roman Martinez*
Roman Martinez
Christina R. Gay
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
roman.martinez@lw.com

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5525

Nicholas McDaniel
Lucille E. Wiesner
BABST CALLAND CLEMENTS
AND ZOMNIR, P.C.
505 9th Street, NW, Suite 602
Washington, DC 20004
(202) 853-3455

James W. Noe
Rafe Petersen
Ashley Akers
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
(202) 469-5525

*Counsel for Sable Offshore Corp. and Pacific Pipeline Company*

**DECLARATION OF ROMAN MARTINEZ IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

I, Roman Martinez, declare:

1. I am an attorney admitted to practice before this Court. I am a partner with Latham & Watkins LLP and counsel for Intervenor-Defendants-Appellees Sable Offshore Corp. and Pacific Pipeline Company (collectively, "Sable"). I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. Sable requests a 21-day extension of time to file its answering brief. As originally calendared, Sable's answering brief was due on October 16. *See* ECF 2. Though Sable has not previously requested an extension of time in this case, California requested and was granted an extension of time to file its opening brief. *See* ECFs 12, 13. Currently, Sable's answering brief is due on October 30. If the extension is granted, Sable's brief will be due on November 20.

3. On October 14, 2026, counsel for Sable contacted counsel for Plaintiff-Appellant and Defendants-Appellees via email and requested their positions on Sable's forthcoming motion to extend the time to file the answering brief. On October 15, counsel for California stated that they consent to the extension. Counsel for the United States stated that they support the motion, with the understanding that they would receive the same extension.

4. While my colleagues and I are working diligently to prepare for this appeal, drafting the answering brief will require substantial research, time, and effort due to the complexity of the legal issues presented as well as the interrelationship between this case and multiple other related cases. A 21-day extension will benefit the Court by enabling a more fulsome and thoughtful presentation of the important issues involved. That is especially true given that a motion to dismiss is fully briefed and pending before the district court. If granted, that motion may narrow or moot this appeal.

5. In addition, principal counsel for Sable have significant other professional commitments that will require attention over the coming weeks. For my part, I have oral argument before the en banc Sixth Circuit on October 21 and before the Fifth Circuit on November 4. Similarly, my colleague Jessica Stebbins Bina has briefs due in the Central District of California on October 27 and in California state court on October 26, as well as hearings in the Central District of California on October 21 and 23. My co-counsel Nicholas McDaniel has a hearing in the Eastern District of California on November 2.

6. If this extension is granted, the brief will be filed within the time requested.

7. No court reporter is in default.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 16, 2026, in Washington, DC.

*/s/ Roman Martinez*
Roman Martinez

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) and Ninth Circuit Rule 27-1, because this motion contains 515 words, or 984 words including the supporting declaration, excluding words exempted by Rule 32(f). Pursuant to Rule 27(d)(1)(E), this document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Roman Martinez*
Roman Martinez

*Counsel for Sable Offshore Corp. and Pacific Pipeline Company*